# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT CHEATHAM** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 07-7607** |
| **WARDEN** | **SECTION: "S"(6)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, **IT IS ORDERED** that the State's asserted defense of time-bar is hereby **REJECTED** and the State is ordered to file a response to the merits of Robert Cheatham's petition in accordance with the Magistrate Judge's September 23rd, 2009 Report and Recommendation.[1]

New Orleans, Louisiana, this 3rd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The State filed a supplemental response on October 21, 2009 (Rec. Doc. 14).