UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| ROBERT CHEATHAM | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 07-7607 |
| WARDEN | * | SECTION: "S" (6) |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the petition of Robert Cheatham for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 10th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE